*70-1772*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)          :

                                       :

_____        :

This Document Relates To:              :        CIVIL ACTION NO.   MDL 875
Celotex Corp.
Bankrupt Defendant     *MD-1*

                                       :        FILED    ENTERED
                                                          RECEIVED

                                       :        JUL 17 2000

ALL ACTIONS                            :        AT BALTIMOR:
(See attached schedule                          CLERK U.S. DISTRICT.
for case list)                         :        DISTRICT OF MARYLAND

                                                BY

## O R D E R   O F   D I S M I S S A L

DEFENDANT, Celotex Corp., having declared bankruptcy during
the pendency of the asbestos products liability litigation, and having
numerous pending actions against it in MDL 875, IS HEREBY DISMISSED,
WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable
statutes of limitations ARE TOLLED, and the plaintiffs are entitled to
request reinstatement from this Court at a further date should
circumstances so warrant.

                                       BY THE COURT

Date: 7/13/00                          _____
                                       Charles R. Weiner, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 07/13/00

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION    Individual Involvement Summary                              April 14, 2000

Party Celotex Corp. is named in the following 61 action(s).

| | | | | | |
|---|---|---|---|---|---|
| 875-ALN-2-90-1467; | 875-ALN-2-90-2631; | 875-DC-1-88-2493; | 875-DC-1-89-1631; | 875-DC-1-89-1632; | 875-DC-1-89-1816; |
| 875-DC-1-89-3137; | 875-DC-1-89-3225; | 875-DC-1-90-495; | 875-DC-1-90-496; | 875-DC-1-90-498; | 875-DC-1-90-499; |
| 875-DC-1-90-500; | 875-DC-1-90-562; | 875-DC-1-90-723; | 875-DC-1-90-737; | 875-DC-1-90-1127; | 875-DC-1-90-1443; |
| 875-KYW-3-90-436; | 875-KYW-3-90-437; | 875-KYW-3-90-438; | 875-KYW-3-90-440; | 875-KYW-3-90-441; | 875-LAW-5-89-1453; |
| 875-LAW-5-89-1823; | 875-MD-1-90-1518; | 875-MD-1-90-1523; | 875-MD-1-90-1772; | 875-MIE-2-86-71814; | 875-NCE-5-89-424; |
| 875-NH-1-86-179; | 875-NM-1-90-630; | 875-NYN-1-86-1394; | 875-NYN-1-87-204; | 875-NYN-1-87-287; | 875-NYN-1-87-290; |
| 875-NYN-1-87-293; | 875-NYN-1-87-312; | 875-NYN-1-87-353; | 875-NYN-1-87-355; | 875-NYN-1-87-364; | 875-NYN-1-87-755; |
| 875-NYN-1-87-987; | 875-NYN-1-87-1047; | 875-NYN-1-89-398; | 875-NYS-1-87-5019; | 875-OHN-1-90-10694; | 875-PAW-2-89-846; |
| 875-TXE-1-87-1288; | 875-TXE-1-89-480; | 875-TXE-1-90-40; | 875-TXE-1-89-192; | 875-TXW-1-89-1768; | 875-TXW-1-90-67; |
| 875-TXW-1-90-616; | 875-TXW-1-90-652; | 875-TXW-3-90-257; | 875-TXW-3-90-258; | 875-TXW-3-90-262; | 875-WAE-1-90-3287; |
| 875-WAW-3-90-6111 | | | | | |

NOTE: The civil actions listed are from ALL FILED litigations in CMS and reflect the date on which the report was run.
       Cases enclosed in brackets {} signify either a closed case or a case in which the selected individual has been dismissed.