```
                          FILED        ENTERED
                          LODGED       RECEIVED

        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA       MAR 2 2 2002
```

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)       :

This Document Relates To:           :    CIVIL ACTION NO.   MDL 875
<u>Eagle-Picher Industries, Inc.</u>
Bankrupt Defendant
                                    :
                                            90-1772
ALL ACTIONS                         :       MICROFILMED
(See attached schedule
   for case list)                   :        MAR 22

            O R D E R   O F   D I S M I S S A L

DEFENDANT, Eagle-Picher Industries, Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

TRUE COPY CERTIFIED TO FROM THE RECORD
ATED: 3-19-02
TTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

                                    BY THE COURT

Date: 3-18-02                       [signature]

                                    Charles R. Weiner, Judge

PANEL ON MULTIDISTRICT LITIGATION - Individual Involvement Summary                    February 20, 2002

Party Eagle-Picher Industries, Inc. is named in the following 89 OPEN action(s).                    Page: 1

```
875-ALN-2-1990-1467;   875-ALN-2-1990-2348;   875-ALN-2-1990-2350;   875-ALN-2-1990-2352;   875-ALN-2-1990-2353;
875-ALN-2-1990-2354;   875-ALN-2-1990-2355;   875-ALN-2-1990-2358;   875-ALN-2-1990-2360;   875-ALN-2-1990-2361;
875-ALN-2-1990-2391;   875-ALN-2-1990-2392;   875-ALN-2-1990-2631;   875-ALN-2-1990-2666;   875-ALN-2-1990-2667;
875-ALN-2-1990-2668;   875-ALN-2-1990-2669;   875-ALN-2-1990-2671;   875-ALN-2-1990-2672;   875-ALN-2-1990-2673;
875-ALN-2-1990-2674;   875-ALN-2-1990-2675;   875-ALN-2-1990-2676;   875-ALN-2-1990-2677;   875-ALN-2-1990-2678;
875-ALN-2-1991-201;    875-ALN-2-1991-208;    875-ALN-2-1991-210;    875-ALN-2-1991-315;    875-ALN-2-1991-316;
875-ALN-2-1991-317;    875-ALN-2-1991-318;    875-AZ-2-1988-1898;    875-DC-1-1988-2493;    875-DC-1-1989-1631;
875-DC-1-1989-1632;    875-DC-1-1989-1816;    875-DC-1-1989-3137;    875-DC-1-1990-666;     875-DC-1-1990-1127;
875-DC-1-1990-1443;    875-DC-1-1990-2718;    875-ILC-3-1988-3164;   875-KYW-3-1990-436;    875-KYW-3-1990-437;
875-KYW-3-1990-439;    875-KYW-3-1990-440;    875-KYW-3-1990-441;    875-KYW-3-1990-442;    875-KYW-3-1990-483;
875-KYW-3-1990-726;    875-KYW-3-1990-730;    875-KYW-3-1990-731;    875-KYW-3-1990-732;    875-KYW-3-1990-733;
875-KYW-3-1990-734;    875-KYW-3-1990-735;    875-KYW-3-1990-736;    875-KYW-3-1990-739;    875-KYW-3-1990-740;
875-KYW-3-1990-741;    875-KYW-3-1990-742;    875-KYW-3-1990-743;    875-KYW-3-1990-744;    875-KYW-3-1990-745;
875-KYW-3-1990-746;    875-KYW-3-1990-747;    875-KYW-3-1990-748;    875-KYW-3-1990-750;    875-KYW-3-1990-751;
875-KYW-3-1990-752;    875-KYW-3-1990-753;    875-LAW-5-1989-1453;   875-LAW-5-1989-1823;   875-MD-1-1988-1559;
875-MD-1-1990-1772;    875-NJ-2-1990-1816;    875-NM-1-1990-630;     875-NYN-1-1987-1047;   875-NYN-1-1989-398;
875-OHN-1-1990-10694;  875-TXE-1-1989-482;    875-TXE-2-1989-192;    875-TXW-1-1989-1768;   875-TXW-1-1990-67;
875-TXW-1-1990-516;    875-TXW-1-1990-652;    875-WAE-1-1990-3087;   875-WAE-2-1990-441
```

NOTE: The civil actions listed are from ALL FILED litigations in CMS and reflect the date on which the report was run.
      Cases enclosed in brackets {} signify either a closed case or a case in which the selected individual has been dismissed.