IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)       :

                                    :       MD-1
                                            CIVIL ACTION NO.  MDL 875
This Document Relates To:           :       90-1772
Eagle-Picher Industries, Inc.
Bankrupt Defendant
                                    :
                                            DEC 2 2002
    ALL ACTIONS                     :
  (See attached schedule
     for case list)                  :

### O R D E R   O F   D I S M I S S A L

DEFENDANT, Eagle-Picher Industries, Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 11/19/02
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BY THE COURT

DEC - 8

Date: 11/18/02

_____
Charles R. Weiner, Judge